**Lisa R. ARNOLD, Petitioner,**

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent.**

**No. 2007–3304.**

United States Court of Appeals, Federal Circuit.

Jan. 30, 2008.

*ORDER*

Petitioner having filed the required appendix, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby

---

are, VACATED and RECALLED, and the petition for review is REINSTATED.

(2) The Office of Personnel Management should calculate its brief due date from the date of filing of this order.